FILED

July 15, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002780310

**3**

1  Steven B. Sievers (SBN# 209072)
   Law Office of Steven B. Sievers
2  20 N. Sutter Street, Suite 202
   Stockton, CA 95202
3  Telephone: (209) 464-4822
   Facsimile: (209) 464-4821

4

5  Attorney for Debtors

6

7

8              THE UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
9

10 In re:                          ) Case No.: 10-33535
                                   )
11  FRANK CAETON FREITAS, JR.      ) **CHAPTER   7**
                                   )
12 Debtor(s)                       ) **D.C. NO. SBS-1**
                                   )
13 _____ ) **Date:  August 3, 2010**
                                   ) **Time:  9:30 a.m.**
                                   ) **Place: 501 I Street, 6th Floor**
14 FRANK CAETON FREITAS, JR.       )        **Courtroom 35**
                                   )        **Sacramento, CA 95814**
15     Movant,                     ) **Judge: Christopher M. Klein**
                                   )
16 v.                              )
                                   )
17 Michael McGranahan              )
                                   )
18     Respondent                  )
                                   )
19 _____

20

21  <u>**DEBTOR FRANK CAETON FREITAS JRS. MOTION TO COMPELL TRUSTEE TO**</u>

22            <u>**ABANDON REAL PROPERTIES**</u>

23      TO:  MICHAEL MCGRAHANAN, TRUSTEE HEREIN AND ALL PARTIES OF

24 INTEREST:

25

1. Debtor filed his voluntary petition for relief under chapter 7 of the bankruptcy code on or around May 25, 2010

2. At the time of the entry of the order the debtor was the owner of real properties listed on schedule A of his voluntary petition.

3. The listed properties on schedule A of the voluntary petition have no value to the estate herein.

4. The trustee has indicated that he will consent to this motion.

5. Debtor asks that he be allowed to keep the property listed on the voluntary petition in schedule A located at 1556 W. Willow Street in Stockton, CA which is worth approximately $ 220,000.00.  Debtor owes approximately $ 307,974.00.

6.  Debtor asks that he be allowed to keep the property listed on the voluntary petition in schedule A located at 3591 Quail Lakes Drive in Stockton Ca.  This property is a rental property in which he owns a one third interest which is worth approximately $20,000.00. The amount owed on this property is approximately $ 69,094.24.  He wants to keep this property because he hopes to make it profitable in the future even though it is underwater today and currently is not making a profit.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7.  Debtor asks that he be allowed to keep the property listed on  schedule A of the voluntary petition located at 386 Sunnyview Drive in Tahoma, CA.  This property is a rental property in which Debtor has a one half interest that is worth approximately $350,000.000.  The amount owed on this property is approximately $689,575.00.

Dated: July 15, 2010

Law Offices of
STEVEN B. SIEVERS

By /s/ Steven B. Sievers
STEVEN B. SIEVERS